UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KRIS MICHAEL BARRAS,<br>Plaintiff | CIVIL ACTION NO. 1:20-CV-01670 |
| VERSUS | JUDGE DRELL |
| COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's unopposed Motion to Remand (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that the Commissioner's decision is REVERSED and VACATED, and that this case is REMANDED to the Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

THUS, ORDERED AND SIGNED in Chambers in Alexandria, Louisiana on this __17th__ day of February 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT